**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7304

DEMETRIC GRAY PEARSON,

Plaintiff - Appellant,

versus

MARY ANN SAAR, Secretary, D.P.S.C.S.; WILLIAM
SONDERVAN, Commissioner of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Richard D. Bennett, District Judge.
(CA-03-1705-RDB)

Submitted: September 26, 2006        Decided: September 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Demetric Gray Pearson, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Demetric Gray Pearson appeals the district court's order dismissing his civil action under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pearson v. Saar, No. CA-03-1705-RDB (D. Md. July 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED